# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICKEY ROSE, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-589-SLP |
| HAIER US APPLIANCE SOLUTIONS, INC., a/k/a or d/b/a GE APPLIANCES, a foreign corporation; *et al.*, | ) |
| Defendants. | ) |

## O R D E R

Before the Court are the Motions to Dismiss filed by Defendants General Electric Company and Home Depot U.S.A., Inc. [Doc. Nos. 5, 6]. Plaintiff has since filed an Amended Complaint [Doc. No. 23] pursuant to the Court's prior Order [Doc. No. 22]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the Motions to Dismiss [Doc. Nos. 5, 6] are DENIED AS MOOT.

IT IS SO ORDERED this 3rd day of March, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE